In the MATTER OF a Member of the Bar of the Supreme Court of the State of Delaware: S. Harold LANKENAU, Respondent.

No. 61, 2017

Supreme Court of Delaware.

Submitted: March 8, 2017

Decided: March 9, 2017

ACCEPTED.

Tyrell MACKEY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 351, 2016

Supreme Court of Delaware.

Submitted: December 27, 2016

Decided: March 9, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1509012006

AFFIRMED.

Christopher R. DESMOND, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 566, 2016

Supreme Court of Delaware.

Submitted: December 6, 2016
Decided: March 9, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 91009844DI

AFFIRMED.

DV REALTY ADVISORS LLC, Defendant Below, Appellant,

v.

POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO, Illinois, et al., Plaintiff Below, Appellees,

and

DV Urban Realty Partners I, L.P., Nominal Defendant Below, Appellee.

No. 464, 2016

Supreme Court of Delaware.

Submitted: March 8, 2017
Decided: March 10, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 7204–VCS

AFFIRMED.